MARK J. MOLZ, ESQUIRE
1400 RTE. 38 EAST, PO BOX 577
HAINESPORT, NJ 08036
Attorney ID # 038271985
Telephone 609-267-8884
Facsimile 609-267-1281
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LEAH HACKLEY<br><br>Plaintiff(s)<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF THE AIRFORCE; John Doe 1-10 individually, jointly and severally<br><br>Defendant(s) | : | Civil Action No.<br><br>**COMPLAINT WITH JURY DEMAND** |

Plaintiff Leah Hackley residing at 35 Ogden Street, Township of Browns Mills, County of Burlington, State of New Jersey by way of Complaint states:

**PARTIES AND JURISDICTION**

1. At all relevant times the Defendant United States of America by and through the Department of the Airforce maintained Joint Base McGuire Dix ("JBMDL") in Lakehurst, New Jersey.
2. The principal is responsible for the acts or omissions if his/her/its agent servant or assigns.

3. John Doe 1-10 is a fictitious designation for an individual or business entity or agent servant, or assign thereof whose act or omission contributed to the damages sustained by the plaintiff as set forth more fully herein.
4. Jurisdiction arises under 28 U.S.C. § 1346.
5. Venue lies in the District of New Jersey in that the events which gave rise to this claim occurred in this district.

**COUNT I**

6. The foregoing responses are repeated at length as though set forth herein.
7. On or about April 26, 2024, the United States Department of Environmental Protection Agency published a final national primary drinking water regulation establishing a nationwide water standard known as the maximum contaminate level (MCLs) for certain PFAS (often written as PFSA or PFASs) which stands for per- and polyfluoroalkyl substances. They are a large group of man-made "forever chemicals" under the Safe Water Drinking Act.
8. In addition, the United States EPA set a hazard index of 1 for a mixture of two or more of the following PFAS:
   a. PFHxS
   b. PFNA
   c. Perfluorobutane sulfonic acid (PFBS)
   d. Hexafluoroprpylene oxide dimer acid.
9. By letter dated October 25, 2024, The United States of America and the Department of the Airforce agreed that Plaintiff's domestic well, which is the main water source

to the house, has been contaminated through activities on Base which is a Federal Enclave.

10. Plaintiff's domestic well is currently tested at 3 times the legal limit for these contaminants.
11. Plaintiff duly filed a Federal Tort Claims Notice which was acknowledged by the Department of the Airforce.
12. Attached as Exhibit P-1 is the letter dated October 25, 2024 which confirms Plaintiff's water was tested and contains the test results.
13. The Plaintiff's home located at 35 Ogden Street, Browns Mills, New Jersey was built by Plaintiff's grandparents Jenny and Michael DeLucca and completed in 1953.
14. Plaintiff's home was the family's summer home from about 1953 until about 1961.
15. In or about 1961 Plaintiff's mother, father and her brother moved in full time.
16. In or about 1963, Plaintiff's Grandparents moved in and resided in the home permanently which was serviced by a shallow well.
17. In 1970 Plaintiff's grandmother passed away and in 1972 Plaintiff's grandfather passed away.
18. In 1972 Joseph Bobbie married Plaintiff's mother Theresa (DeLucca) Bobbie and the couple took up their residence in the home.
19. Joseph Bobbie drank the water and died of brain and lung cancer in 1994.
20. Plaintiff's Mother Theresa (DeLucca) Bobbie passed away September 13, 2005 due to pancreatic and breast cancer.

21. In 2005 Plaintiff's brother Michael died from Merkel cell cancer even though he was rarely out in the sun.
22. Plaintiff's son Robert L. Miller Jr. spent summers and weekends at the home and has been diagnosed with rectal cancer.
23. Plaintiff's next door neighbor S.P. was diagnosed with breast cancer.
24. E.C., P.C., and E.C. also lived next door on the other side of the Plaintiff and all died of cancer.
25. A few streets away on Orange Avenue, M.J.M, L.M. and S.M. all died of cancer.
26. M.J.M. died from breast and pancreatic cancer 2006.
27. The husband of M.J.M. died from brain cancer and lung cancer 2021.
28. S.M. died from lung cancer in 2024.
29. The chemicals here are classified as likely carcinogens, with studies having shown that exposure to the chemicals may cause kidney, liver, and testicular cancer, as well as autoimmune and endocrine disorders in adults.
30. PFAS have also been linked to developmental issues affecting fetuses during pregnancy and infants who breastfeed.
31. In addition, babies and children are believed to be more susceptible to the harmful effects of PFAS.
32. Plaintiff has suffered needless emotional distress arising from the unabated water contamination that her whole family has showered in and utilized as a part of daily living.
33. As a direct and proximate cause of the aforesaid contamination admittedly caused by the Defendants United States of America, Department of the Air Force, and/or

John Does 1-10 in polluting and contaminating the groundwater, in delaying disclosure of the contamination and in failing to take steps to warn the Plaintiff and her neighbors, Plaintiff has suffered damages.

WHEREFORE, Plaintiff Leah Hackley demands judgment against the Defendants United States of America, Department of the Air Force, and/or John Does 1-10, individually, jointly & severally for all environmental breaches of law for:

a. Compensatory damages; and

b. Attorney's fees; and

c. Interest; and

d. Cost of suit; and

**COUNT TWO**

34. The foregoing averments are repeated as though set forth.

35. The Defendants United States of America, Department of the Air Force, and/or John Does 1-10 violated the New Jersey Spill Compensation and Control Act.

36. N.J.S.A. 58:10-23.11c sets forth:

> Hazardous substances discharge prohibition; exceptions The discharge of hazardous substances is prohibited.

37. The Defendants United States of America, Department of the Air Force, and/or John Does 1-10 are strictly liable for all damages, cleanup costs and attorney's fees.

WHEREFORE, Plaintiff Leah Hackley demands judgment against the Defendants United States of America, Department of the Air Force, and/or John Does 1-10, individually, jointly & severally for breaches of the New Jersey Spill Act and all other causes of action allowed by law for:

a. Punitive damages

b. Compensatory damages; and

c. Attorney's fees; and

d. Interest; and

e. Cost of suit.

MARK J. MOLZ, ESQUIRE
ATTORNEY for Plaintiff(s)

Dated: September 17, 2026 By: */s/ Mark J. Molz, Esq.*
Mark J. Molz, Esquire

**JURY DEMAND**

Pursuant to the Federal Rules of Civil Procedure Plaintiff(s) hereby demand a trial by Jury for all issues so triable.

**DESIGNATION OF TRIAL COUNSEL**

Pursuant to Federal Rules of Civil Procedure, Mark J. Molz, Esquire is hereby designated as Trial Counsel for Plaintiff(s) in connection with this litigation.

**NOTICE OF PER DIEM TIME-UNIT CLOSING ARGUMENT**

PLEASE TAKE NOTICE that Plaintiff(s) will use per diem argument during closing argument at Trial and suggest to Jury that unliquidated damages be calculated on a time-unit basis without reference to a specific sum, pursuant to New Jersey Court Rule 1:7-1(b) and case law. Proper explanatory instructions to jury shall be requested in accordance with the Rule.

**CERTIFICATION OF OTHER ACTIONS AND PARTIES**

Pursuant to Federal Rules of Civil Procedure, the undersigned hereby certifies that the matter in controversy is not the subject of any other action pending in any court or of a pending arbitration proceeding. No other action or arbitration proceeding is contemplated, other than, if applicable to this case, UM/UIM arbitration. The undersigned does not know of the names of any other parties who should be joined in the action or who are subject to joinder.

MARK J. MOLZ, ESQUIRE
ATTORNEY for Plaintiff(s)

Dated: September 17, 2026 By: */s/ Mark J. Molz, Esq.*
Mark J. Molz, Esquire